IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

|  |  |
|---|---|
| IN RE: I-ARIEL DANIEL: | ) |
| IBN YAHWEH,YAHOSHUA-YISRAEL: | ) |
| YAHWEH, I-RAGUEL-HANANIAN: | ) |
| IBN YAHWEH, I-REMIEL-AZARIAH: | ) No. 2:12-mc-00051-JTF/cgc |
| IBN YAHWEH | ) |

_____

**ORDER ADOPTING REPORT AND RECOMMENDATION**
_____

Before the Court is the Report and Recommendation of Magistrate Judge Charmiane G. Claxton, DE [4], filed April 24, 2013, recommending that the Court deny Plaintiffs' request for registration of certain documents as a foreign judgment. DE [4]

On December 12, 2012, Plaintiffs filed a "NOTICE ECCLESIASTICAL FILING OF FOREIGN JUDGMENT." DE [1] The matter was referred to the Magistrate pursuant to 28 U.S.C. §§631-39 on March 25, 2013. The Magistrate concluded the notice was actually a motion requesting that the Court register File Number "Apostille No. 12-12234" as a foreign judgment.[1] Finding the documents ineligible for registration in the district court pursuant to 28 U.S.C. §1963, the report recommends that the

---

[1] This matter is without a complaint.  The first document entry is described by the plaintiffs as an "Administrative judgment . . . foreign to Judicial and all issues have been settled."  The attached exhibit contains the purported judgment and sixty-three page "Joint Resolution."  DE [1] and DE [1-1]

1

Court deny the request.  No objections to the Report and Recommendation have been filed and the time for filing objections has expired under Fed. Rule Civ. P. 72(b)(2).

On *de novo* review of the Magistrate Judge's Report and Recommendation, the Court adopts the report and recommendation in its entirety.  The Court finds the documents clearly do not qualify as a judgment entered in an action for the recovery of money or property by any court of appeals, district court, bankruptcy court, or the Court of International Trade pursuant to 28 U.S.C. §1963.  Accordingly, the Court finds the motion should be denied and the case dismissed.

It is so ORDERED on this 11th day of June, 2013.


                                   ***s/John T. Fowlkes, Jr.***
                                   JOHN T. FOWLKES, JR.
                                   UNITED STATES DISTRICT COURT